# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                                                               Case No. 10-Cr-022

THOMAS P CHICOINE,

    Defendant.

## ORDER

    The defendant has filed several pretrial motions, including a motion for participation in voir dire (Docket # 25), a motion to sequester witnesses (Docket # 27), and a motion for leave to file additional motions. (Docket # 40) Upon review, the court concludes that the motion for participation in voir dire and the motion to sequester witnesses are more appropriately addressed by United States District Judge William C. Griesbach. Therefore, those motions will be denied without prejudice. The defendant's motion for leave to file additional motions also will be denied without prejudice.

    **NOW, THEREFORE, IT IS ORDERED** that the defendant's motion for participation in voir dire be and hereby is **denied** without prejudice. (Docket # 25).

    **IT IS FURTHER ORDERED** that the defendant's motion to sequester witnesses be and hereby is **denied** without prejudice. (Docket # 27).

    **IT IS ALSO ORDERED** that the defendant's motion for leave to file additional motions be and hereby is **denied** without prejudice. (Docket # 40).

Dated at Milwaukee, Wisconsin this 16th day of April, 2010.

BY THE COURT:

s/ Patricia J. Gorence
PATRICIA J. GORENCE
United States Magistrate Judge