# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                                         Case No. 10-CR-22

THOMAS P. CHICOINE,

        Defendant.

## ORDER GRANTING ADJOURNMENT AND
## REQUEST FOR A SPEEDY TRIAL FINDING

The United States has filed a motion to adjourn the plea hearing to accommodate an obligation he has on the scheduled date, as well as to allow more time for the defendant and his counsel to review and sign the plea agreement. Although the case has been adjourned several times in the past, it appears that the current adjournment is simply necessary to accommodate the finalization of the plea agreement. Accordingly, the Court finds that the interests of the defendant and the public in a speedy trial are outweighed by the desire to avoid an unnecessary trial and to allow both parties to obtain the benefits of their plea agreement. Accordingly, the motion for an adjournment is GRANTED and the clerk is directed to reschedule the plea hearing within 30 days of today's date.

      **SO ORDERED** this   18th   day of November, 2010.

                             s/ William C. Griesbach
                             William C. Griesbach
                             United States District Judge